UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ISIDRO ZAVALA, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CAUSE NO. 3:06-CV-153 RLM |
| ) | |
| TYSON FRESH MEATS, INC., ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 28, 2006, this matter was referred to the undersigned pursuant to 28 U.S.C.

§ 636(b)(1)(B) to conduct hearings, including evidentiary hearings, and submit proposed

findings of fact and recommendations for the disposition of Plaintiffs Isidro Zavala, Carlos

Murillo, and Erwin Elias's (collectively "Zavala") complaint.  In order to assist this Court with

the scheduling  and preparation, on September 5, 2006, this Court ordered the parties to file

written status reports by October 2, 2006.  Defendant Tyson Fresh Meats, Inc. (Tyson) filed a

status report, but Zavala did not.  Consequently, on October 6, 2006, this Court issued an order

to show cause directing Zavala to provide reasons for his failure to comply with this Court's

order and why his case should not be dismissed for failure to prosecute his claim.  As of this

date, Zavala has still not responded to this Court's initial order or the order to show cause,

despite this Court's warning pursuant to <u>Timms v. Frank</u>, 953 F.2d 281, 285-86 (7th Cir. 1992)

and <u>Lewis v. Faulkner</u>, 689 F.2d 100 (7th Cir. 1982), that failure to do so may result in a

dismissal of his case.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute

his claim or to comply with court orders.  Zavala has failed to comply with two court orders, and

has provided no written documentation or other explanation for his inaction.  Because Zavala has

failed to respond to this Court's orders or otherwise explain his inaction, this Court can only

assume that Zavala has abandoned his case.  Consequently, for the aforementioned reasons, this

Court **RECOMMENDS** that Zavala's case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations.  Fed.R.Civ.P. 72(b).  FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 15th Day of November, 2006.

s/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge

cc:Zavala
   Murillo
   Elias

2