UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ISIDRO ZAVALA, CARLOS MURILLO, and ERWIN ELIAS, | ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) ) | CAUSE NO. 3:06-CV-153 RM |
| TYSON FRESH MEATS, INC., | ) ) ) | |
| Defendant | ) | |

O R D E R

Since the filing of their complaint on February 28, 2006, plaintiffs Isidro Zavala, Carlos Murillo, and Erwin Elias have taken no steps in the prosecution of the case, have failed to comply with court orders and provided no explanations for their inaction, and have not objected to the recommendation of Magistrate Judge Christopher Nuechterlein that this cause be dismissed pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the court hereby ADOPTS the Magistrate Judge's November 15, 2006 Report and Recommendation and ORDERS this cause DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

ENTERED:   December 12, 2006

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court